UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

April 15, 2024

Joseph Stewart Hamrick
Federal Public Defender
525 S. Griffin St.
Suite 629
Dallas, TX 75202

Attorney Admissions Record: 4:24−mc−00577

Dear Counsel:

Congratulations, you have been admitted to the Southern District of Texas. The Southern District of Texas is a NextGen court, and you will need to register for e-filing through PACER.

If you do not have an individual PACER account, you will need to register for a new account through PACER services. Each attorney must have his/her own individual PACER account. Shared PACER accounts cannot be used in NextGen.

To register for filing access, go to PACER, Log in to Manage My Account, select the Maintenance tab, and select Attorney Admissions/E-File Registration. Provide your bar ID information and your attorney admission case number, which is 4:24−mc−00577 for verification of admissions status.

You will receive an email when your registration request has been accepted. After your registration has been accepted, you will be able to retrieve your Admission Certificate.

Sincerely,

Nathan Ochsner, Clerk of Court